### Ex parte ADAMS. (No. 12347.)

Court of Criminal Appeals of Texas. Jan. 16, 1929.

Rehearing Denied Feb. 20, 1929.

Harris Bell, of Austin, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Upon a habeas corpus hearing in the district court of Potter county, this appellant was remanded to the custody of the sheriff.

The remanding judgment appears in all things regular. There is no statement in the record of the facts before the court, and we must presume that his judgment was based upon testimony heard by him, and that same is in accordance with law.

No error appearing, the judgment will be affirmed.